IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUDY MILLIGAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14cv594 |
| | § | |
| CITIMORTGAGE, INC. | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (docket no. 17), filed on November 5, 2014, recommends that the complaint be dismissed without prejudice for failure to prosecute. FED R. CIV. P. 41(b). No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute. FED R. CIV. P. 41(b).

So ORDERED and SIGNED this 15th day of December, 2014.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE