IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUDY MILLIGAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14cv594 |
| | § | |
| CITIMORTGAGE, *et al*. | § | |
| | § | |
| v. | § | |
| | § | |
| BILLY G. MILLIGAN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 25), filed on April 27, 2015, recommends that Defendant CitiMortgage Inc.'s Motion for Summary Judgment (ECF 22), seeking relief on its counterclaims, be granted. The Court previously dismissed Plaintiff's complaint without prejudice for failure to prosecute on December 15, 2014.

No written objections to the Report and Recommendation have been filed. The Clerk sent the Report and Recommendation to Plaintiff via certified mail, but it was returned with the notations "unclaimed" and "unable to forward" on May 27, 2015 (ECF 29). Plaintiff has not provided the Court with a current address. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

1

**ORDERED** that Defendant CitiMortgage, Inc.'s Motion for Summary Judgment (ECF 22) is **GRANTED**. The Court will enter specific relief by separate order.

**It is SO ORDERED.**
**SIGNED this 3rd day of June, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE