IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUDY MILLIGAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14cv594 |
| | § | |
| CITIMORTGAGE, INC., *et al*. | § | |
| | § | |
| v. | § | |
| | § | |
| BILLY G. MILLIGAN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 24), filed on April 27, 2015, recommends that Defendant CitiMorgage, Inc.'s Motion for Default Judgment (ECF 23) filed against Third-Party Defendant Billy G. Milligan be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant CitiMortgage, Inc.'s Motion for Default Judgment (ECF 23) is **GRANTED**. The default judgment will be filed separately.

It is SO ORDERED.

SIGNED this 3rd day of June, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE